# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 12-20999 |
| Darlene Bouyer-Nance | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | Honorable Judge Pamela S. Hollis |

## NOTICE OF MOTION

**To:** Darlene Bouyer-Nance, 4101 So. Michigan Ave., #212, Chicago, IL 60653

Dale A. Riley, Geraci Law, LLC, 55 East Monroe, Suite 3400, Chicago IL 60603

Marilyn O. Marshall, 224 So. Michigan Ave., #800, Chicago IL 60604

Green Tree Servicing LLC, 7340 So. Kyrene Rd., T-120, Tempe, AZ 85283

Wells Fargo Bank, NA, Andrew J. Nelson, Pierce & Associates, P.C., 1 No. Dearborn, Suite1300, Chicago, IL 60602

Illinois Housing Development Authority, AGORA Community Services, and WFHM Grant Baird II (email only)

**PLEASE TAKE NOTICE** on December 3, 2014 at 9:30 a.m., I, Dr. Fred Nance Jr. Pro se petitioner, shall appear before the Honorable Judge Pamela S. Hollis at 219 South Dearborn St., Courtroom 644, Chicago, IL and then and there present the attached **LEAVE TO FILE MOTION FOR SANCTIONS AGAINST WELLS FARGO HOME MORTGAGE**, a copy of which is attached hereto.

By: _____
Fred Nance Jr., PhD

## CERTIFICATE OF SERVICE

I, Fred Nance Jr. Pro se petitioner, hereby certify I served a copy of this Notice upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, at 211 South Clark Street, Chicago, Illinois 60604, before the hour of 5:30 p.m., on November 21, 2014.

Respectfully submitted,

Fred Nance Jr., PhD.
Pro Se
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Case No. 12-20999 |
|     Darlene Bouyer-Nance ) | |
| ) | Chapter 13 |
| ) | |
| Debtor, ) | Honorable Judge Pamela S. Hollis |

**LEAVE TO FILE MOTION FOR SANCTIONS
AGAINST WELLS FARGO HOME MORTGAGE**

NOW COMES Pro se Dr. Fred Nance Jr., (hereinafter "Nance") respectfully requesting this Honorable Court impose Sanctions through and/or byway of FRBP Rule 7071 and FRCP Rule 71 & 70 & 11(b) against Wells Fargo Home Mortgage. Nance submits the following in support of this motion:

1. Wells Fargo Home Mortgage (hereinafter WFHM) holds the deed and mortgage fo70r the property located at 17239 Evans Avenue, South Holland, Illinois 60473-3436.

2. Nance entered into an agreement with the Illinois Housing Development Authority's Hardest Hit Fund program utilizing AGORA Community Services as his sponsor/advocate and/or liaison so he could pay his mortgage arrearages.

3. Nance entered into this agreement around September of 2013 to pay mortgage arrearages incurring for the property located at 17239 Evans Avenue, South Holland, Illinois 60473-3436 due to being unemployed and/or underemployed.

4. On October 8, 2014 this court issued an order, among 2 other orders, stating, in part, "...The property located at 17239 Evans Avenue, South Holland, Illinois 60473-3436 is no longer part of the debtor's estate and the bankruptcy proceedings of this Court...."

5. This Honorable Court declared such a statement in the order of October 8, 2014 due to the language requested from WFHM in its correspondence dated September 25, 2014 to

remove the "active" bankruptcy placed on the WFHM account of Nance, divorced spouse of debtor here.

6. The Honorable Judge Pamela S. Hollis, United States Bankruptcy Judge in this matter, stated (not verbatim) on October 8, 2014 "…if my court orders are still challenged by Wells Fargo, I will order Wells Fargo to court to explain to me their issues with this matter…."

7. Nance submitted all orders from this Honorable court to the Illinois Housing Development Authority via email.

8. Most recently, on October 31, 2014 Nance received email correspondence from the Illinois Housing Development Authority stating, in part, "As of October 27th, your Servicer rejected our request to fund you for HHF assistance. Please ensure that HHF receives all documentation prepared by Andrew Nelson of Pierce & Associates and Wells Fargo that the bankruptcy status is removed from your loan account. Once HHF receives this documentation, we can move forward with the application process. The process for continued funding is to provide documentation from the parties listed above as requested…."

9. On November 7, 2014, Nance sent this email correspondence to the Illinois Housing Development Authority and AGORA Community Servces: "Good morning. I received a call from Mr. Grant Baird (Executive Mortgage Specialist for WFHM) who reports he received an email from HHF stating: "Even if the bankruptcy is removed from Mr. Nance's loan, the Hardest Hit Fund Department cannot assist at this time. Wells Fargo received a motion for release. However, the customer is still classified as an active bankruptcy case in the courts". I am attaching, again, the documents I submitted to

everyone involved, which is the Quit Claim Deed and the Federal Bankruptcy court orders. Mr. Massengale (Servicer Communication Supervisor for the Illinois Housing Development Authority), can you explain this statement/email sent to Wells Fargo? Please respond. Thanks."

10. On November 7, 2014, the Illinois Housing Development Authority responded by email to Nance stating, in part, "Thank you for contacting the Illinois Hardest Hit fund and providing updated evidence that your property was released from the bankruptcy debt. HHF has already contacted to Wells Fargo and resubmit your application. Please allow 10 business days for HHF to follow up...."

11. Paragraph #10 is the response from the Illinois Housing Development Authority to Nance submitting all orders from this Honorable court to them.

12. Nance submitted all orders from this Honorable court to AGORA Community Services via email.

13. On or about November 10, 2014, AGORA Community Services responded by email to Nance stating, in part, "...We have received the correspondence you submitted. The notes in the system were also updated with this information. We will also follow up with the Illinois Hardest Hit Fund, regarding the status on your application submission. If you have any further questions or concerns, please don't hesitate to give Agora a call...."

14. Nance received correspondence from WFHM dated October 13, 2014 stating, in part, "...Our Attorney, Pierce & Associates P.C. has received the motion for relief referral and will proceed with preparing and sending for approval...."

15. As of the date of this motion being filed, Nance has repeatedly called WFHM, talking to their representative, Mr. Grant Baird (Executive Mortgage Specialist) or leaving him a voice mail message, requesting resolution of this matter.

16. Mr. Baird has attached to his voice mail the statement "…I will return your call within 24 hours…." This rarely happens. Nance has to repeatedly called and left voice mail messages attempting to get updates about the active bankruptcy being taken off his WFHM account.

17. Mr. Baird has voiced to Nance on one occasion stating (not verbatim), "…our attorney's paperwork has reached WFHM and WFHM is processing the request to take the active bankruptcy off your account…."

18. As of the date of this motion being filed, nothing has been done to take the "active bankruptcy" off Nance's WFHM account.

19. Nance has submitted all orders from this Honorable court to WFHM requesting resolution and action.

20. Nance has exhausted all meaningful remedies to resolve this issue with WFHM.

WHEREFORE, Pro se petitioner Dr. Fred Nance Jr. respectfully request this Honorable Court sanction Wells Fargo Home Mortgage pursuant to Federal Rules of Bankruptcy Proceedings and Federal Rules of Civil Procedure; and any other relief this court deems necessary and justified.

Respectfully submitted,

Fred Nance Jr., Ph.D.
Pro Se
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395

**DATED: November 20, 2014**